# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

Clifford W. Taylor,
Chief Justice

128936

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JEANINE A. GRANT,
      Plaintiff-Appellant,

v

SC: 128936
COA: 249720
Wayne CC: 01-143185-NF

AAA MICHIGAN, WISCONSIN, INC.,
a/k/a AUTO CLUB GROUP,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 2, 2005 judgment of the Court of Appeals is considered and pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to the Court of Appeals for reconsideration in light of our decision in *Smith v Globe Life Ins Co*, 460 Mich 446, 467 (1999), holding that MCL 445.904(1) and (2) permit private actions against an insurer pursuant to MCL 445.911, because, prior to its amendment by 2000 PA 432, MCL 445.904(2) provided an exception to the exemption of MCL 445.904(1)(a) permitting private actions pursuant to MCL 445.911 arising out of misconduct made unlawful by chapter 20 of the insurance code.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

*Corbin R. Davis*
Clerk

p1221